655 A.2d 441

COUNTY OF UNION, A BODY POLITIC AND CORPORATE OF NEW JERSEY v. ALAN J. GIBBS, IN HIS CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF HUMAN SERVICES.

---

COUNTY OF MONMOUTH, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY v. ALAN J. GIBBS, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES.

---

COUNTY OF CUMBERLAND, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY v. ALAN J. GIBBS, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES.

---

COUNTY OF BERGEN, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY v. ALAN J. GIBBS, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES.

---

COUNTY OF HUDSON, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY v. ALAN J. GIBBS, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES.

---

COUNTY OF MERCER, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY v. ALAN J. GIBBS, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES.

---

COUNTY OF MORRIS, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY v. ALAN J. GIBBS, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES.

---

COUNTY OF CAMDEN, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY v. ALAN J. GIBBS, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES.

---

COUNTY OF MIDDLESEX v. ALAN J. GIBBS, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES.

---

BURLINGTON COUNTY BOARD OF CHOSEN FREEHOLDERS
v. ALAN J. GIBBS, COMMISSIONER, DEPARTMENT OF
HUMAN SERVICES.

COUNTY OF HUNTERDON, ET AL. v. ALAN J. GIBBS,
COMMISSIONER, NEW JERSEY DEPARTMENT
OF HUMAN SERVICES, ET Al.

COUNTY OF SOMERSET AND ELAINE STRAMPP, SOMERSET
COUNTY ADJUSTER v. ALAN J. GIBBS, COMMISSIONER,
DEPARTMENT OF HUMAN SERVICES.

February 27, 1995.

## ORDER

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal and cross-appeals from A–173–91T2, A–185–91T2, A–369–91T2, A–605–91T2, A–606–91T2, A–3995–91T2, A–129–91T2, A–200–91T2, A–552–91T2, A–2465–91T2, A–414–92T2 are dismissed; and it is further

ORDERED that the Attorney General is hereby given leave to withdraw her appeal from A–1078–91T2.